| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | TIMOTHY W. LOOSE, SBN 241037 |
|   |   tloose@gibsondunn.com |
| 3 | 333 South Grand Avenue |
|   | Los Angeles, California  90071-3197 |
| 4 | Telephone:   213.229.7000 |
|   | Facsimile:    213.229.7520 |

Attorneys for Defendant
KIMBERLY-CLARK CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>    Defendant. | CASE NO. 3:24-cv-1337-GPC-KSC<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Civil Rule 12.1, Plaintiff Allison Barton and Defendant Kimberly-Clark Corporation jointly move the Court for an Order granting Defendant a 30-day extension of time to respond to the Complaint.  In support of this Motion, the parties state as follows:

1. Plaintiff filed her complaint on July 30, 2024.  Defendant was served with the Summons and Complaint on August 1, 2024.  The initial deadline to file its Answer or Responsive Pleading is August 22, 2024.

2. The parties have met and conferred and agreed to an extension of time for Defendant to respond to the Complaint, up to and including September 23, 2024.

3. Good cause exists for granting this extension, as to allow Defendant sufficient time to respond to the Complaint.

1

4. Neither party has previously requested or been granted an extension of time.

5. The Court has not previously scheduled any deadlines in this case and thus the requested extension will have no effect on any previously scheduled deadlines.

DATED: August 15, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Timothy W. Loose*
     Timothy W. Loose

Attorneys for Defendant KIMBERLY-CLARK CORPORATION

KAMBERLAW, LLP

By: */s/ Naomi B. Spector*
     Naomi B. Spector

Attorneys for Plaintiff ALLISON BARTON

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained authorization from Plaintiff's counsel to affix her electronic signature to this document.

By: */s/ Timothy W. Loose*
     Timothy W. Loose